UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-80060-PAINE/JOHNSON

ALFREDO RAMOS-GOMEZ, on his
own behalf and others similarly situated,

    Plaintiff,

v.

EDUCATION DEVELOPMENT CENTER, INC.,
a Florida corporation, d/b/a MY FIRST STEPS
PRESCHOOL, and NANCY RIVERA-PIEROLA,
individually,

    Defendants.

_____/



FILED by PW D.C.
NOV - 3 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

THIS MATTER is before the Court upon Plaintiff's Motion to Enforce Settlement Agreement and the Court having reviewed the record and being advised on the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion to Enforce Settlement Agreement is hereby Granted.

DONE AND ORDERED in West Palm Bch, Palm Beach County, Florida this 1st day of November, 2004.

                                                James C. Paine
                                       U.S. DISTRICT COURT JUDGE

Gregg I. Shavitz, Esq., 2000 Glades Road, Suite 200, Boca Raton, FL 33431 (Tel: 561-447-8888; Fax: 561-447-8831)

Charles M. Eiss, Esq., 7951 SW 6th Street, Suite 200, Plantation, FL 33324 (Tel: 954-424-1200; Fax: 954-424-4091)